UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6066
18 U.S.C. §1344

CR - DIMITROULEAS

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA )
)
v. )
)
EUPHEMIA DUNCAN, )
)
Defendant. )
_____)

INFORMATION

The United States Attorney charges that:

From on or about May 24, 1996, through on or about May 28, 1996, at Broward County, in the Southern District of Florida, the defendant,

EUPHEMIA DUNCAN,

knowingly and willfully devised and executed and attempted to execute a scheme and artifice to defraud Barnett Bank, a financial institution whose accounts were insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds and assets owned by and under the custody and control of Barnett Bank, by means of false and fraudulent pretenses, representations, and promises, in that the defendant caused and attempted to cause the cashing of seventeen counterfeit and forged checks drawn on the Barnett Bank account in the name of The Law Office of Kaplan, Jaffe and Gates, P.A., Trust



Account, each in the amount of $980.00, and payable to "Zarrick Smith," in violation of Title 18, United States Code, Section 1344.

　　　　　　　　　　　　　　　　　　　　_/s/ Allen O'Brien, jr_
　　　　　　　　　　　　　　　　　　　　THOMAS E. SCOTT
　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　　　　　_/s/ Robin S. Rosenbaum_
　　　　　　　　　　　　　　　　　　　　ROBIN S. ROSENBAUM
　　　　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

v.                                CERTIFICATE OF TRIAL ATTORNEY*

EUPHEMIA DUNCAN                   Superseding Case Information:

Court Division: (Select One)      New Defendant(s)         ___ Yes ___ No
                                  Number of New Defendants ___
___ Miami    ___ Key West         Total number of counts   ___
_X_ FTL      ___ WPB    ___ FTP

    I do hereby certify that:

    1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

    2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

    3.  Interpreter:    (Yes or No)   _No_____
        List language and/or dialect  _____

    4.  This case will take    _0_   days for the parties to try.

    5.  Please check appropriate category and type of offense listed below:
        (Check only one)                          (Check only one)

        I    0 to 5 days      _X_          Petty       ___
        II   6 to 10 days     ___          Minor       ___
        III  11 to 20 days    ___          Misdem.     ___
        IV   21 to 60 days    ___          Felony      _X_
        V    61 days and over ___

    6.  Has this case been previously filed in this District Court? (Yes or No)  _No_
        If yes:
        Judge: _____    Case No. _____
        (Attach copy of dispositive order)

        Has a complaint been filed in this matter?  (Yes or No)  _No_____
        If yes:
        Magistrate Case No.              _____
        Related Miscellaneous numbers:   _____
        Defendant(s) in federal custody as of  _____
        Defendant(s) in state custody as of    _____
        Rule 20 from the _____   District of _____

        Is this a potential death penalty case? (Yes or No)  ____No_____

    7.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  ___ Yes
        _X_ No    If yes, was it pending in the Central Region?  ___ Yes  ___ No

                                  _____
                                  ROBIN S. ROSENBAUM
                                  ASSISTANT UNITED STATES ATTORNEY
                                  Florida Bar No. 908223

*Penalty Sheet(s) attached                                      REV.4/7/99

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant Name:** __Euphemia Duncan__        **Case No.:** _____

====================================        ============================================

Count #I

Bank Fraud; 18:1344 _____


**Max. Penalty:** 30 years' maximum imprisonment; $1,000,000 maximum fine
==========================================================================
Count #


**Max. Penalty:**
==========================================================================
Count #


**Max. Penalty:**
==========================================================================
Count #:


**Max. Penalty:**
==========================================================================
Count #:


**Max. Penalty:**
==========================================================================

==========================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# VICTIM LIST REPORTING FORM

AUSA:  Robin S. Rosenbaum

1. CASE: United States v.  Euphemia Duncan

2. USAO NUMBER:  1999R02662

3. SHORT DESCRIPTION OF CHARGES:  Bank theft
   [Example: Drugs; bank robbery; boilerroom; carjacking; counterfeiting, etc.]

4. Number of Victims: Persons _____   Banks/Corps  1
   [May be approximate].

A Victim List must accompany the indictment in any case in which a person or entity has suffered a financial loss or personal injury, as well as in the following "mandatory restitution" cases [ Title 18, U.S.C. 3664(d)]:

   Crimes of Violence
   Sexual Abuse
   Sexual Exploitation and Other Abuse of Children
   Domestic Violence
   Telemarketing Fraud
   Property Crimes under Title 18, including fraud & deceit
   Consumer Product Tampering

   Provide the following information as to each victim:

   Name
   Street Address
   City, State, Zip Code
   Social Security Number

   Barnett Bank
   Bank America
   1425 Northwest 62nd Street
   Fort Lauderdale, Florida 33309