UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
MAR 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.                              CASE NO. 00-6066-CR-DIMITROULEAS

EUPHEMIA DUNCAN

TYPE OF CASE:            CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.            COURTROOM 203E
FT. LAUDERDALE, FL 33301        DATE & TIME:
                                **MARCH 30, 2000 AT 1:00 P.M.**

TYPE OF         CHANGE OF PLEA
HEARING:

                                CLARENCE MADDOX,
                                CLERK OF COURT

DATE: March 21, 2000            _____
                                BY DEPUTY CLERK

cc: Robin Rosenbaum, AUSA
    Darryl Wilcox, AFPD

