## CRIMINAL MINUTES

FILED by _____ D.C.

MAR 3 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: _00 - 6066 - CR - WPD_     DATE: _March 30, 2000_

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA     VS.  _Euphemia Duncan_

U.S. ATTORNEY _Robin Rosenbaum_  DEFT. COUNSEL: _Darryl Wilcox, AFPD_

REASON FOR HEARING:  _Change of plea_

RESULT OF HEARING: _Deft sworn and Questioned by Court. Deft to enter Guilty plea to Information. Court accepts guilty plea_

JUDGMENT: _____

CASE CONTINUED TO: _6/9/00_   TIME: _10:30_   FOR: _Sentencing_

MISC: _Written plea agreement filed._

