COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: EUPHEMIA DUNCAN (surrender)    CASE NO: 00-6066-CR-DIMITROULEAS
AUSA: ROBIN ROSENBAUM - *pres*    ATTY: FPD / Daryl Wilcox *pres*
AGENT: _____    VIOL: 18:1344
PROCEEDING I/A ON INFORMATION    RECOMMENDED BOND PSB
BOND HEARING HELD - yes/(no)    COUNSEL APPOINTED FPD

BOND SET @ 25,000 PSB

SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

advised of charges - waiver of indictment executed

INFO
Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
                          PTD/BOND HRG:
                          PRELIM/ARRAIGN:
                          REMOVAL HRG:
                          STATUS CONF:    N/A

Date: 3-30-00    Time 11:00    FTL/LSS TAPE #00- 017    Begin: 3017    End: 3297

