UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6066
18 U.S.C. §1344

CR-DIMITROULEAS

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA )
                         )
v.                       )
                         )
EUPHEMIA DUNCAN,         )
                         )
         Defendant.      )
_____)

FILED by __ D.C.
MAR 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### WAIVER OF INDICTMENT

I, Euphemia Duncan, the above-named defendant, who is accused of defrauding and attempting to defraud Barnett Bank, a federally insured financial institution, of $16,660, in violation of Title 18, United States Code, Section 1344, being advised of the nature of the charge and of my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
EUPHEMIA DUNCAN
DEFENDANT

_____
DARYL WILCOX, ESQ.
ASSISTANT FEDERAL PUBLIC DEFENDER
COUNSEL FOR DEFENDANT

Before _____
UNITED STATES MAGISTRATE JUDGE

