UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6066-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

EUPHEMIA DUNCAN

ARRAIGNMENT INFORMATION SHEET

[FILED by __ D.C. MAR 30 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MARCH 30, 2000 , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: ON BOND FORM

                     Telephone: _____

DEFENSE COUNSEL:     Name: DARYL WILCOX, ESQ.

                     Address: _____

                     Telephone: _____

BOND SET/CONTINUED:  $ _____

Bond hearing held:  yes ____  no ____  Bond hearing set for _____

Dated this  30TH  day of  MARCH , 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: [signature] Benny Butler
Deputy Clerk

Tape No. 00-017

cc: Copy for Judge
    U. S. Attorney

