**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6066-CR-WPD   DATE: June 8, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: ~~Trent Smith~~ Ed Cosky    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Euphenua Duncan

U.S. ATTORNEY: Robin Rosenbaum    DEFT. COUNSEL: Daryl Wilcox, AFPD

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed: Time Served, 3 years supervised Release $15,680.00 Restitution Joint & Several liability! No Fine, $100.00 Assessment.

JUDGMENT: _____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft Informed of Right to Appeal.