(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 00-6066-CR-Dimitrouleas

United States of America

_Plaintiff(s)_

v.

Euphemia Duncan
4449 NW 201 St.
Miami, FL 33055

_Defendant(s)_

**Motion to have Record Sealed**
_(TITLE OF DOCUMENT)_

I, Euphemia Duncan, plaintiff or defendant, in the above styled cause, I am requesting in hopes of trying to get my record sealed. Since my conviction, I have not been in any other trouble with law enforcement not even a speeding ticket. I regret tremendously what happened in this case but I have since completed my probation and satisfied my restitution. My main concern right now is that I have hopes and dreams of becoming a registered nurse or a member of law enforcement. I am attending school and have been since this incident in hopes of a career goal. I understand that people can get themselves in compromising situations and the first or deal should be the first and the last. For me, it was the only one and the last. I have since moved on with my life. I'm married to a law enforcement officer and I have a beautiful family. I am hoping that I can get a second chance in hopes of my career goal. I know that what happened

(Rev. 10/2002) General Document

cannot be erased but at least give me a chance at trying to achieve my career goal.

**Certificate of Service**

I _____ , certify that on this date _____ a true copy of the foregoing document was mailed to: _____
name(s) and address(es)

Euphemia Duncan
Printed or typed name of Filer

Euphemia Duncan
Signature of Filer

Phemia49@34io.net
E-mail address

Florida Bar Number
305-535-4185
Phone Number

Facsimile Number

4449 NW 26 St.
Street Address

Miami, FL 33055
City, State, Zip Code

ERS:rl

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6066-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs

EUPHEMIA DUNCAN,

    Defendant,

_____/



## SATISFACTION OF JUDGMENT

The joint and several restitution amount having been paid in full in the related Case No. 00-6091-CR-FERGUSON, the Clerk for the Southern District of Florida is hereby authorized and empowered to cancel said judgment of record.

    Respectfully submitted,

    MARCOS DANIEL JIMÉNEZ
    UNITED STATES ATTORNEY

Date: March 28, 2005   By: _____
    Elizabeth Ruf Stein
    Assistant U.S. Attorney
    FL Bar No. 354945
    99 NE 4 Street, Suite 313
    Miami, FL 33132-2111
    TEL (305)961-9313
    FAX (305)530-7195
    elizabeth.stein@justice.usdoj.gov