UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6066-CR-DIMITROULEAS

    Plaintiff,

vs.

EUPHEMIA DUNCAN,

    Defendant.
_____/



FILED by ____ D.C.
APR 28 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DEFERRING RULING

THIS CAUSE is before the Court on Defendant's pro se April 28, 2005 Motion to Have Record Sealed. The Court defers ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 28 day of April, 2005.

                                            _____
                                            WILLIAM P. DIMITROULEAS
                                            United States District Judge

Copies furnished to:

Euphemia Duncan, Pro Se
4442 N.W. 201 Street
Miami, FL 33055

Robin Rosenbaum, AUSA
Darryl Wilcox, AFPD

