UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6066-CR-DIMITROULEAS



UNITED STATES OF AMERICA

vs.

EUPHEMIA DUNCAN

_____/

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO HAVE RECORD SEALED

The United States of America, by and through undersigned counsel, hereby responds to Defendant's Motion to Have Record Sealed and states as follows:

1. While Ms. Duncan's successful completion of her term of probation and her apparent efforts currently to conduct her life within the boundaries of the law are admirable and to be encouraged, the United States of America opposes Defendant's Motion to Have Record Sealed.

2. Ms. Duncan states that she wishes for the record to be sealed because she desires to pursue a career in law enforcement or a career as a registered nurse. The United States respectfully submits that both of these professions are positions of public trust and for good reason, routinely and appropriately require applicants to divulge all prior convictions before a person may be licensed or otherwise obtain employment in either field.

3. While Ms. Duncan's conviction may present an impediment to her employment in the fields of law enforcement and nursing, should Ms. Duncan wish to pursue either of these careers, the United States respectfully submits she must divulge to the state or employing agency her conviction, regardless of whether the conviction is sealed. Sealing the record does not make the conviction disappear. In order for the agency considering licensing or employment of Ms. Duncan to conduct



its investigation into whether Ms. Duncan now meets the criteria for serving in law enforcement or nursing, it should be able to review the file from Ms. Duncan's case and inquire of Ms. Duncan and anyone else appropriately. To handcuff future potential employers from accessing the facts underlying Ms. Duncan's conviction and her subsequent successful completion of her probation constitutes a disservice to the legal system, as well as law enforcement and nurse-licensing entities.

For the foregoing reasons, the Untied States respectfully submits that the Defendant's Motion should be denied.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: Robin S. Rosenbaum
Assistant United States Attorney
Florida Bar No. 908223
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Telephone: 954-356-7255 extension 3595
Facsimile: 954-356-7336
E-mail: Robin.Rosenbaum@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this notice was sent this 4th day of May 2005, by United States Mail, to Euphemia Duncan, Pro Se, 4442 N.W. 201 Street, Miami, Florida 33055, and Daryl Wilcox, AFPD, One East Broward Blvd., Suite 1100, Ft. Lauderdale, FL 33301.

Robin S. Rosenbaum
Assistant U.S. Attorney