UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6066-CR-DIMITROULEAS

    Plaintiff,

vs.

EUPHEMIA DUNCAN,

    Defendant.
_____/

FILED by _____ D.C.

MAY 05 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS CAUSE is before the Court on Defendant's <u>pro se</u> April 28, 2005 Motion to Have Record Sealed. [DE-20]. The Court deferred ruling and received a May 5, 2005 response from the Government. The Court declines to exercise jurisdiction to seal records. <u>U.S. v. Howard</u>, 275 F. Supp. 2d 260 (N.D.N.Y. 2003). The Motion to Seal [DE-20] is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 5 day of May, 2005.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Euphemia Duncan, Pro Se
4442 N.W. 201 Street
Miami, Florida 33055

Robin Rosenbaum, AUSA
Darryl Wilcox, AFPD

